## *In re* Luis A. Rivera Lacourt

*Número:* 2122    *Resuelto:* 18 de octubre de 1974

*Luis A. Rivera Lacourt, pro se.*

PER CURIAM: En 3 de mayo de 1974 expedimos una orden para mostrar causa que lee como sigue:

"Se concede al Notario Público Lcdo. Luis A. Rivera Lacourt un término de treinta (30) días, a partir de la fecha de la notificación de esta Resolución, para que muestre causa por la cual no debe ser separado del ejercicio del notariado, conforme a lo dispuesto en el párrafo quinto de la Sec. 1038 del Título 4 de L.P.R.A., por su inobservancia de la Sec. 26 de la Ley Notarial de Puerto Rico (4 L.P.R.A., Sec. 1026) al no rendir a su debido tiempo los índices notariales correspondientes a los períodos que aparecen de los memorandos sometidos por el Inspector de Protocolos, Lcdo. José R. Seda y el Director de Inspección de Notarías, Lcdo. Govén D. Martínez Surís de fechas 14 de enero de 1974 y 1ro. de abril de 1974; así como al incumplimiento a su debido tiempo con la orden de 23 de abril de 1974 expedida por el Hon. Ramón Negrón Soto, Juez Administrador del Tribunal Superior, Sala de San Juan y por las múltiples violaciones de la Ley Notarial de Puerto Rico señaladas en los referidos memorandos.

El Secretario notificará a dicho notario con copia de esta Resolución y además con copias de los referidos informes del Director y del Inspector de Protocolos, y de la mencionada orden del Juez Negrón Soto."

A petición del notario Rivera Lacourt le concedimos una prórroga hasta el 10 de julio para dar cumplimiento a dicha orden. En 12 de agosto de 1974 el Director de Inspección de Notarías informó a este Tribunal que dicho notario no había cumplido con lo ordenado. Posteriormente, también a petición del notario, le concedimos dos prórrogas adicionales, la última de las cuales venció el 30 de septiembre de este año. A la fecha de hoy 18 de octubre de 1974 el notario tampoco ha cumplido con nuestra mencionada orden de 3 de mayo.

*En vista de lo anterior, el Tribunal separará de la práctica del notariado al notario Luis A. Rivera Lacourt. El Alguacil de este Tribunal se incautará de los protocolos y registros de affidavits de dicho notario.*